United States District Court
Southern District of Texas
**ENTERED**
September 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOSE ZUNIGA | ) |
| | ) CIVIL ACTION NUMBER |
| VS. | ) M-22-0149 |
| | ) |
| CARRIZALES COUNTY JAIL, ET AL. | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff Jose Zuniga's cause of action. After having reviewed the said Report and Recommendation, and after appropriate review of Plaintiff's Objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry Number 42 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants Cameron County and Joanna Fuentes.

DONE on this 28th day of September 2023, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE